# IN THE UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| **IN RE**: | } | CASE NUMBER 22-50430-WLH |
| | } | |
| Bianca Ariana Chavez | } | CHAPTER 13 |
| | } | |
| **DEBTOR** | } | |

---

| | | |
|---|---|---|
| Bianca Ariana Chavez | } | |
| | } | |
| **MOVANT** | } | CONTESTED MATTER |
| | } | |
| v. | } | |
| | } | |
| INTERNAL REVENUE SERVICE | } | |
| **RESPONDENT** | } | |

## NOTICE OF HEARING OF OBJECTION TO CLAIM OF THE INTERNAL REVENUE SERVICE, DEADLINE TO OBJECT AND HEARING

Bianca Ariana Chavez, Debtor has filed an *Objection to Claim of the Internal Revenue Service* on April 11, 2022. Pursuant to Second Amended and Restated General Order No. 24-2018, the Court may consider this matter without further notice or a hearing if no party in interest files a response or objection within **21 days** from the date of service of this notice. **If you object to the relief requested in this pleading you must timely file your objection with the Bankruptcy Clerk at U. S. Bankruptcy Court, Suite 1340, 75 Ted Turner Drive, Atlanta Georgia 30303,** and serve a copy on the movant's attorney, Saedi Law Group, LLC, 3006 Clairmont Road, Ste 103, Atlanta, Georgia 30329, and any other appropriate persons by the objection deadline. The response or objection must explain your position and be actually received by the Bankruptcy Clerk within the required time.

A hearing on the pleading has been scheduled for May 25, 2022. The Court will hold an initial telephonic hearing for announcements on the *Objection to Claim of the Internal Revenue Service* at the following number: 833-568-8864; Meeting ID: 161 202 1574 at 10:20AM on May 25, 2022 in Courtroom 1403, located at the United States Courthouse, 75 Ted Turner Drive, S.W., Atlanta, GA 30303.

Matters that need to be heard further by the Court may be heard by telephone, by video conference, or in person, either on the date set forth above or on some other day, all as determined by the Court in connection with this initial telephonic hearing. Please review the "Hearing Information" tab on the judge's webpage, which can be found under the "Dial-in and Virtual Bankruptcy Hearing Information" link at the top of the webpage for this Court, www.ganb.uscourts.gov for more information.

If an objection or a response is timely filed and served, the hearing will proceed as scheduled. **If you do not file a response or objection within the time permitted, the Court may grant the relief requested without further notice of hearing** provided that an order approving the relief requested is entered at least one business day prior to the scheduled hearing.

If no objection is timely filed, but no order is entered granting the relief requested at least one business day prior to the hearing, the hearing will be held as scheduled.

**<u>Your rights may be affected.</u> You should read these pleadings carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

Dated:  Monday, April 11, 2022

Saedi Law Group, LLC
_____/s/_____
Lorena L. Saedi 622072, Attorney for Debtor
3006 Clairmont Road
Suite 103
Atlanta, Georgia 30329
Phone: (404) 889-8663
Fax: (888) 850-1774
Lsaedi@SaediLawGroup.com

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | } | CASE NUMBER 22-50430-WLH |
| | } | |
| Bianca Ariana Chavez | } | CHAPTER 13 |
| | } | |
| **DEBTOR** | } | |

-----------------------------------------------------------------------------------

| | | |
|---|---|---|
| Bianca Ariana Chavez | } | |
| | } | |
| **MOVANT** | } | CONTESTED MATTER |
| | } | |
| v. | } | |
| | } | |
| INTERNAL REVENUE SERVICE | } | |
| **RESPONDENT** | } | |

**OBJECTION TO CLAIM OF THE INTERNAL REVENUE SERVICE, CLAIM # 6**

COMES NOW, Debtor and hereby moves this Court to amend Respondent's claim in this Chapter 13 Case, and shows the Court as follows:

**1.**

This case was commenced by the filing of a Voluntary Petition for relief in Bankruptcy under Chapter 13 of Title 11 of the United States Code on January 17, 2022

**2.**

Respondent filed a proof of claim in this case in the amount of $ 7,174.18. The unsecured priority portion of this claim is $7,174.18. The Respondent filed the claim stating the Debtor's 2018, 2020 and 2021 tax returns are unassessed. Based on the Debtor's tax returns, the Debtor's tax liability is $5,371.00. THEREFORE, the claimed amount does not accurately reflect the amount owed to the Respondent.

WHEREFORE, DEBTOR respectfully requests a hearing to determine the actual amount owed to Respondent and, in the event that it is determined that no amount is owed, to disallow the claim.

Respectfully submitted,

Saedi Law Group, LLC
_____/s/_____
Lorena L. Saedi 622072, Attorney for Debtor

3006 Clairmont Road
Suite 103
Atlanta, Georgia 30329
Phone: (404) 889-8663
Fax: (888) 850-1774
Lsaedi@SaediLawGroup.com

Dated: Monday, April 11, 2022

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| **IN RE**: | } | CASE NUMBER 22-50430-WLH |
| | } | |
| Bianca Ariana Chavez | } | CHAPTER 13 |
| | } | |
| **DEBTOR** | } | |

---

| | | |
|---|---|---|
| Bianca Ariana Chavez | } | |
| | } | |
| **MOVANT** | } | CONTESTED MATTER |
| | } | |
| v. | } | |
| | } | |
| INTERNAL REVENUE SERVICE | } | |
| **RESPONDENT** | } | |

**CERTIFICATE OF SERVICE**

The undersigned hereby swears or affirms under penalty of perjury that I am over the age of 18 and that on Monday, April 11, 2022, I served a copy of the Objection to Proof of Claim, together with a copy of the foregoing Notice, by first class U.S. Mail, with adequate postage prepaid, on the following persons or entities at the addresses stated:


Nancy J. Whaley
Chapter 13 Trustee
303 Peachtree Center Ave., Suite 120
Atlanta, GA 30303
*Served via ECF*

Bianca Ariana Chavez
925 Canterbury Rd. NE
Apt. 905
Atlanta, GA 30324

Neeli Ben-David
Assistant United States Attorney
Office of the United States Attorney
Northern District of Georgia
600 U.S. Courthouse
75 Ted Turner Drive, SW, Suite 600
Atlanta, Georgia 30303

Charlie Cromwell
Contract Paralegal Specialist
Office of the United States Attorney
Northern District of Georgia

600 U.S. Courthouse
75 Ted Turner Drive, SW, Suite 600
Atlanta, Georgia 30303

Internal Revenue Service
ATTN: Natalyn Jones
401 West Peachtree Street, NW M/S 334-D
Atlanta, GA 30308

Internal Revenue Service
ATTN: Priscilla Orr
Centralized Insolvency Operations
401 West Peachtree Street, NW M/S 334-D
Atlanta, GA 30308

U.S. Department of Justice
ATTN: United States Attorney General, Merrick Garland
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

Office of Chief Counsel
Room 1400 Stop 1000-D
401 West Peachtree Street, NW
Atlanta, GA 30308

Internal Revenue Service
Central Insolvency Office
P.O. Box 7346
Philadelphia, PA 19101

Kurt R. Erskine, United States Attorney
Northern District of Georgia
Civil Division, Attn: Civil Clerk
600 Richard B. Russell Federal Building
75 Ted Turner Drive, S.W.
Atlanta, GA 30303

Department of Justice - Tax Division
Civil Trial Section, Southern Region
P.O. Box 14198
Ben Franklin Station
Washington, D.C. 20044

Internal Revenue Service
District Counsel
PO Box 901
Stop 1000-D
Atlanta, GA 30370

Saedi Law Group, LLC
_____/s/_____
Lorena L. Saedi 622072, Attorney for Debtor
3006 Clairmont Road
Suite 103
Atlanta, Georgia 30329
Phone: (404) 889-8663
Fax: (888) 850-1774
Lsaedi@SaediLawGroup.com

Dated: Monday, April 11, 2022